UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEW PAR d/b/a VERIZON WIRELESS,
CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, and MUSKEGON CELLULAR
PARTNERSHIP d/b/a VERIZON WIRELESS,

    Plaintiffs,

v.

J. PETER LARK, LAURA CHAPPELLE, and
MONICA MARTINEZ, Commissioners of the
Michigan Public Service Commission,

    Defendants.
_____/

Case No. 5:06-cv-71
MPSC Case No. U-14678

HON. JANET T. NEFF

## ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the April 13, 2006 order issued in *In the Matter of the Petition of Ace Telephone Company, Barry County Telephone Company, Deerfield Farmers' Telephone Company, Kaleva Telephone Company, Lennon Telephone Company, Ogden Telephone Company, Pigeon Telephone Company, the Upper Peninsula Telephone Company, and Waldron Telephone Company, for the Arbitration of Interconnection Rates, Terms, and Conditions and Related Arrangements with Verizon Wireless Pursuant to Section 252(b) of the Telecommunications Act of 1996,* MPSC Case No. U-14678, is **AFFIRMED**.

DATED: January 8, 2008

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge